# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Juanita A Boykins

Debtor(s)

Case No.: 10 B 55174

Chapter: 13

Judge Bruce W. Black

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Glenn B. Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532
Juanita A Boykins, Debtor(s), PO Box 9208, Naperville, IL 60567
David M. Siegel, Attorney for Debtor(s), 790 Chaddick Drive, Wheeling, IL 60090

You are hereby notified at the time the Notice of Post Petition Obligations due notice was sent out by the Chapter 13 trustee, a contractual default existed to NATIONSTAR MORTGAGE.  However, since that time a loan modification negotiated by the parties deferring past due amounts was signed and approved by the court on January 20, 2012.  The delinquent amounts have been modified into the loan.  The current mortgage payment amount due each month is $1,075.51 beginning December 1, 2011.  As of today's date, the debtor is post petition and contractually due for June 1, 2012, with $659.31 in suspense.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 3/8/2012, NATIONSTAR MORTGAGE's rights to collect these amounts will remain unaffected.

## **PROOF OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on February 7, 2012.

      /s/ Rachael Stokas
      Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-11-01052)**

NOTE: This law firm is deemed to be a debt collector.